# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

## A20A2091. BAXTER B. VINSON v. BEVERLY K. GRISWELL.

Baxter B. Vinson filed this direct appeal from the trial court's "Family Violence Twelve Month Protective Order" prohibiting him from contacting Beverly K. Griswell, with whom he used to share the same household.[1]  However, appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Vinson's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/20/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] "[T]he term 'family violence' means [certain] acts between past or present spouses, persons who are parents of the same child, parents and children, stepparents and stepchildren, foster parents and foster children, or other persons living or formerly living in the same household[.]" OCGA § 19-13-1.